# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James A. Bryant. #315781 aka James Arthur Bryant </br>*Petitioner* </br>v. </br>Warden Taylor </br>*Respondent* | ) </br>) </br>) </br>) </br>) | Civil Action No.  4:18-cv-1738-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice and without requiring Respondent to file an answer. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   August 24, 2018                                         *CLERK OF COURT*

                                                                                        s/Debbie Stokes
                                                                            *Signature of Clerk or Deputy Clerk*